UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# The 2006 District Conference Fund Financial Management Plan

## Introduction

The Financial Management Plan for the 2006 District Conference Fund (the Fund) is intended to ensure that proper accountability for funds received or expended related to the 2006 District Conference are maintained in accordance with the guidelines for non-appropriated funds approved by the Judicial Conference of the United States.

## Internal Controls

1. The Clerk of the District Court for the District of Rhode Island shall be the Custodian of the Fund.

2. All monies received related to the District Conference shall be held in a local federally insured bank or savings institution, specifically Sovereign Bank located in Providence, Rhode Island, and shall be segregated from all other monies in the custody of the Court.

3. The Clerk may delegate the general maintenance of the Fund to a deputy clerk who shall issue receipts and make deposits.

4. The Financial Administrator shall reconcile all bank statements when received.

5. Authorization of disbursements for all reasonable expenses incurred shall be in written form signed by the Chief Judge of this Court and at least one of the Co-Chairs of the 2006 District Conference Committee.

6. Disbursements from the Fund shall be made by the Clerk or Chief Deputy Clerk.

7. The Fund is not to be used to supplement appropriated funds or to supplement the salary of any court officer or employee.

8. All blank checks, bank statements and other records pertaining to the Fund shall be kept in the vault.

9. The Clerk or Chief Deputy Clerk shall perform unannounced audits of the Fund.

10. The Clerk shall maintain a record of all disbursements and will maintain a current balance of the Fund.

11. Any monies remaining in the Fund after all conference expenses have been met shall be deposited to the Federal Board of Bar Examiners Fund, a non-appropriated account derived primarily from attorney admissions fees.

12. Once the remaining funds have been transferred, the Fund shall be dissolved and a report of all transactions shall be prepared for the Chief Judge and the Co-Chairs of the 2006 District Conference.

Ernest C. Torres

Ernest C. Torres
Chief Judge
Date: 2/28/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# 2006 District Conference Fund

**Authorized Signatures for the 2006 District Conference Fund**

The following are the authorized signatures for approving all reasonable expenses incurred for the 2006 District Conference Fund.

Ernest C. Torres
Chief Judge
U.S. District Court

Marc DeSisto
Co-Chair of the
2006 District Conference Committee

Deming E. Sherman
Co-Chair of the
2006 District Conference Committee